RECEIVED
MAR 16 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JORDAN R. HELMES | CIVIL DOCKET NO. 09CV~~1989~~ 1898 |
| VERSUS | JUDGE DRELL |
| RECEIVABLE SOLUTIONS SPECIALIST, INC., ELIZABETH BRICE, BRUCE BRICE, SR. BRUCE BRICE, JR. AND MAXINE BRICE | MAGISTRATE JUDGE KIRK |

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that this litigation be and is hereby **DISMISSED** with prejudice.

Alexandria, Louisiana, this 16 day of March, 2010.

_____
**JUDGE**